UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HARONY JOEL CASTILLIO ORTEGA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/20/2026____

26 Cr. 96

**ORDER**

ANALISA TORRES, District Judge:

The parties shall appear for an initial conference on **March 30, 2026**, at **12:30 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St. New York, New York 10007.

SO ORDERED.

Dated:  March 20, 2026
New York, New York

ANALISA TORRES
United States District Judge