# Federal Defenders
## OF NEW YORK, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:      5/29/2026

Tamara Giwa
*Executive Director*

*Attorney-in-Charge*

May 21, 2026

**BY ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

      **Re: *United States v. Harony Joel Castillo Ortega*, 26 Cr. 096 (AT)**

Dear Judge Torres,

      I write seeking adjournment of the current motions deadlines in this matter. Defense motions are currently due May 26, 2026; government responses are due by June 9. 2026; and replies are due June 16, 2026.

      The parties are actively engaged in plea discussions that may obviate the need for pretrial motions and trial. To afford some additional time for plea discussions, the defense respectfully requests an adjournment of the deadline for defense motions to June 9; government responses to June 23; and defense replies to June 30. The government consents to this request. This is the first request for adjournment of the motions schedule.

                Respectfully submitted,

                */s/ Joy Chen*
                Joy Chen
                Assistant Federal Defender
                Counsel for Harony Castillo Ortega
                917-842-5074

CC:   AUSA Mostafa Khairy

GRANTED. The deadlines for defense motions are ADJOURNED as set forth above.

SO ORDERED.

Dated:  May 29, 2026
       New York, New York

                          _____
                          ANALISA TORRES
                          United States District Judge