UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HARONY JOEL CASTILLO ORTEGA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/25/2026

26 Cr. 96

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letter at ECF No. 26, advising the court of the parties' pretrial agreement in principal and requesting to appear for a change-of-plea hearing. The parties shall appear for a change of plea hearing on **July 13, 2026**, at **3:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St., New York, New York 10007.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26.

SO ORDERED.

Dated:  June 25, 2026
        New York, New York

ANALISA TORRES
United States District Judge