USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

HARONY JOEL CASTILLIO ORTEGA,

Defendant.

26 Cr. 96

**ORDER**

ANALISA TORRES, District Judge:

The sentencing set for October 13, 2026, is ADJOURNED. By **October 22, 2026**, Defendant shall file his sentencing submission. By **October 29, 2026**, the Government shall file its sentencing submission. Sentencing shall take place on **November 23, 2026**, at **11:00 a.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl St. New York, New York 10007.

SO ORDERED.

Dated: September 8, 2026
New York, New York

ANALISA TORRES
United States District Judge